# Court of Appeals
# of the State of Georgia

ATLANTA, February 26, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0236.   TRIPLE SALON, et al. v. THE CITY OF DORAVILLE, GEORGIA.

Mr. Zhen Jin Li applied to the City of Doraville for a massage parlor license for his salon, Triple V Salon and Spa 18, Inc.  The City denied the application, and the superior court upheld the City's decision.  Li and his business (collectively, "Li") now seek discretionary review in this Court.  They argue, inter alia, that the superior court wrongly determined that relevant portions of the City code are constitutional.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question."  *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II.  Because this application involves a constitutional challenge to a city ordinance, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 02/26/2014
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*